**UNITED STATES DISTRICT COURT**

Northern District of California

San Francisco Division

| | |
|---|---|
| ORTIZ, et al.<br>　　　　Plaintiffs,<br><br>　　v.<br>WELLS FARGO BANK, N.A., et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-4812 RS MED<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　To be scheduled<br>Mediator:　Zela Claiborne |

　　　IT IS HEREBY ORDERED that the request for the corporate representative for defendant Wells Fargo Bank, N.A., to attend telephonically the as-yet-unscheduled mediation before Zela Claiborne is DENIED. Either Michael Goldberg or Joseph Krause shall personally attend the mediation on behalf of Wells Fargo Bank, N.A..

　　　IT IS SO ORDERED.

September 26, 2011　　　　By:　　　_____
Dated　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge