1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

ORTIZ, et al.
                    Plaintiffs,                                          No. C 10-4812 RS MED

        v.                                                               **ORDER RE: ATTENDANCE AT**
WELLS FARGO BANK, N.A., et al.,                                          **MEDIATION**
                    Defendants.
_____/

                                                                         Date:        To be scheduled
                                                                         Mediator:    Zela Claiborne

        IT IS HEREBY ORDERED that the request for the corporate representative for defendant

Wells Fargo Bank, N.A., to attend telephonically the as-yet-unscheduled mediation before Zela

Claiborne is DENIED.  Either Michael Goldberg or Joseph Krause shall personally attend the

mediation on behalf of Wells Fargo Bank, N.A..

        IT IS SO ORDERED.


September 26, 2011                       By:
Dated                                                    Maria-Elena James
                                                         Chief United States Magistrate Judge