**\*E-Filed 10/20/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Francisco M. Ortiz, Reyna R. Ortiz,   No. C 10-04812 RS

**STANDBY ORDER OF DISMISSAL**

        Plaintiffs,

vs.

Wells Fargo Bank N.A.,

        Defendants.

_____/

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 5, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 8, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated:  10/20/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE