Robert A. Bailey (#214688)
rbailey@afrct.com
Daniel A. Armstrong (#270175)
darmstrong@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Telephone:  (626) 535-1900
Facsimile:  (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB, formerly known as WORLD SAVINGS BANK, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO M. ORTIZ, REYNA R. ORTIZ,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WELLS FARGO BANK N.A., KNOWN ALSO AS WACHOVIA MORTGAGE<br><br>  Defendants. | Case No.:  3:10-CV-04812-RS<br><br>[Assigned to the Hon. Richard Seeborg, Courtroom 3]<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

95451/000465/00251400-1

1

CASE NO.: 3:10--CV-04812-RS
STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

1  **IT IS HEREBY STIPULATED** by and between the parties to this action through their
2  designated counsel that the above-captioned action in its entirety as to all defendants be and hereby
3  is dismissed with prejudice, pursuant to Fed. R. C. Prov. 41(a)(1), with all parties to bear their own
4  costs.

Dated: October 24, 2011

*[signature]*
Francisco M. Ortiz

*[signature]*
Reyna R. Ortiz

Dated: October 24, 2011

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By:  /s/ Daniel A. Armstrong
Daniel A. Armstrong
darmstrong@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., formerly known
as WACHOVIA MORTGAGE, FSB, formerly
known as WORLD SAVINGS BANK, FSB
("Wells Fargo")

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AND THE ENTIRE CASE IS DISMISSED WITH PREJUDICE AS TO ALL DEFENDANTS. THE PARTIES TO BEAR THEIR OWN COSTS.**

DATED: 10/27/11

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on all interested parties in said case addressed as follows:

*Served by means other than Electronically via Court's CM/ECF System:*

| *Plaintiffs:* | *Plaintiffs:* |
|---|---|
| Francisco M. Ortiz | Francisco M. Ortiz |
| Reyna R. Ortiz | Reyna R. Ortiz |
| P.O. Box 237 | 1716 Bush Avenue |
| Pinole, CA  94564-0237 | San Pablo, CA 94806 |
|  | (925) 594-2508 |

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **October 26, 2011.**

| Carol Goodwin | /s/ Carol Goodwin |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |